UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE LYNCH

07 CIV 3749

Plaintiff Cyan Contracting Corp. and Leonard O'Connor

-v-

National Grange Mutual and Insurance Corp.

Defendant

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Cyan and O'Connor (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.



RECEIVED
MAY 11 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Date: 5/11/07

Signature of Attorney

Attorney Bar Code: KS3075

Form Rule7_1.pdf