06-15-07  02:27pm  From-McELROY DEUTSCH MULVANEY CARPENTER                          T-484  P.02/02  F-959

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

CYAN CONTRACTING CORPORATION and
LEONARD O'CONNOR,

                Plaintiffs,

        - against -

NATIONAL GRANGE MUTUAL INSURANCE
COMPANY,

                Defendant.
-------------------------------------------------------X

Civil No. CV-07-3749

STIPULATION EXTENDING TIME
FOR DEFENDANT NATIONAL
GRANGE MUTUAL INSURANCE
COMPANY TO RESPOND TO
COMPLAINT

MEMO ENDORSED

It is stipulated and agreed by and between counsel for Plaintiffs, Cyan Contracting Corporation and Leonard O'Connor, and counsel for Defendant, National Grange Mutual Insurance Company, that the time within which Defendant National Grange Mutual Insurance Company may respond to the Complaint is extended to June 22, 2007. Facsimile signatures are acceptable as original signatures. This stipulation may be executed in counterparts.

Dated: June 15, 2007

KING & KING, LLP

By _____
Karl Silverberg, Esq (KS-3075)
27-12 37th Avenue
Long Island City, New York 11101
(718) 896-6554
Attorneys for Plaintiffs,
Cyan Contracting Corp. and
Leonard O'Connor

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP

By _____
Scott A. Levin, Esq. (SL-9041)
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant,
National Grange Mutual Insurance
Company

SO ORDERED:

_____
U.S.D.J.
6/18/07