MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant/Third Party Plaintiff,
National Grange Mutual Insurance Company

| | |
|---|---|
| CYAN CONTRACTING CORPORATION and LEONARD O'CONNOR,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL GRANGE MUTUAL INSURANCE COMPANY,<br><br>Defendant/ Third Party Plaintiff,<br><br>v.<br><br>SANDRA O'CONNOR,<br><br>Third Party Defendant. | Civil Action No. 07-cv-3749<br><br><br><br><br><br>RULE 7.1 DISCLOSURE STATEMENT |

Defendant/Third Party Plaintiff, National Grange Mutual Insurance Company, has no publicly traded corporate affiliates, parents, subsidiaries, etc.

          Attorneys for Defendant/Third-Party Plaintiff,
          National Grange Mutual Insurance Company

Date: June 29, 2007          By:  /s Scott A. Levin
                                                      Scott A. Levin (SL 9041)
                                                      Adam R. Schwartz (ARS 8831)
                                                      McElroy, Deutsch, Mulvaney
                                                      & Carpenter, LLP
                                                      88 Pine Street – 24th Floor
                                                      New York, New York 10005
                                                      (212) 483-9490

To:    Karl Silverberg, Esq. (KS-3075)
         King & King, LLP
         27-12 37th Avenue
         Long Island City, New York 11101
         (718) 896-6554