UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CYAN CONTRACTING CORPORATION
and LEONARD O'CONNOR

    Plaintiffs,

- against -

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY

    Defendant/Third Party Plaintiff.

- against -

SANDRA O'CONNOR

    Third Party Defendant.
------------------------------------------------------------X

Civil Action No. 07-cv-3749

Judge Gerard E. Lynch

STIPULATION TO EXTEND
REPLY DATE AND
THIRD-PARTY ANSWER
DATE

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs Cyan Contracting Corp., Leonard O'Connor and third-party defendant Sandra O'Connor, and counsel for defendant/third-party plaintiff National Grange Mutual Insurance Company ("National") that the date for answering National's counterclaim and third-party complaint in the above captioned matter is hereby extended to July 26, 2007, on consent as indicated by the signatures of the parties' respective counsel;

    IT IS FURTHER STIPULATED AND AGREED that signed facsimile copies of this stipulation shall be deemed the original, *and that Counterclaim Defendants, Cyan Contracting Corp. and Leonard O'Connor, and Third-Party Defendant, Sandra O'Connor, waive any jurisdictional challenge or defenses relating to service of National Grange's Answer with Counterclaim and Third-Party Complaint.*

MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP

By: _____
Scott A. Levin, Esq. (SL9041)
Attorneys for Defendant National Grange
Mutual Insurance Co

88 Pine Street, 24th Flr.
New York, New York 10005

KING & KING LLP

By: _____
Karl Silverberg, Esq. (KS3075)
Attorneys for Plaintiffs/*Counterclaim Defendants*,
Cyan Contracting Corporation *and*
Leonard O'Connor and *Third-Party Defendant*,
Sandra O'Connor

SO ORDERED:

_____
U.S.D.J.

7/27/07

(212) 483-9490
slevin@mdmc-law.com

27-12 37th Avenue
Long Island City, N.Y. 11101
(718) 896-6554
Fax: (718) 275-5081
ksilverberg@king-king-law.com