**MEMO ENDORSED**

LAW OFFICES
# KING & KING LLP
27-12 37th Avenue
Long Island City, N.Y. 11101
718-896-6554
fax: 718-275-5081
e-mail: ksilverberg@king-king-law.com

Peter M. Kutil
Karl Silverberg

Brendan Hennessey



George A. King (1855-1938)
William B. King (1861-1930)

JUL -9 2008

JUDGE KAPLAN'S CHAMBERS

July 8, 2008

**VIA Federal Express**

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Cyan Contracting Corp. et al. v. National Grange Mutual Insurance Company*, SDNY 07-cv-3749
    Sub-Re:    Status

Honorable Lewis A. Kaplan,

    King & King, LLP represents plaintiff Cyan Contracting Corp. ("Cyan"). Cyan would like to report that the parties have reached a settlement in principle and have been exchanging drafts of their settlement documents to finalize the terms.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

Very Truly Yours,

Karl Silverberg (KS3075)

cc:    Adam Schwartz, Esq., attorney for National Grange Mutual Insurance Company

*Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before* **9/8/08** *, if the settlement is not* ~~consummated~~ executed *by then.*

SO ORDERED:

Lewis A. Kaplan
U.S.D.J.

7/9/08